**Electronically Filed
Supreme Court
SCAD-11-0000162
29-FEB-2012
10:45 AM**

SCAD-11-0000162

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

EARLE A. PARTINGTON, Respondent.

---

ORIGINAL PROCEEDING
(ODC 10-079-8913)

ORDER
(By: Recktenwald, C.J., Nakayama, Duffy, and McKenna, JJ.,
and Intermediate Court of Appeals Chief Judge Nakamura,
in place of Acoba, J., recused)

IT IS HEREBY ORDERED, pursuant to Rule 2.17(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), that Respondent Partington is reinstated to the practice of law in this jurisdiction.

DATED: Honolulu, Hawaiʻi, February 29, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Craig H. Nakamura

